IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kelly, Douglas | Case Number: 07 B 11686 |
|---|---|---|
|  | Kelly, Keena R | Judge: Squires, John H |
|  | Printed: 10/30/07 | Filed: 6/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: October 24, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 9,825.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 34,000.00 | 0.00 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 6,692.98 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 22,175.13 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 645.21 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 61.77 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 6,045.66 | 0.00 |
| 9. | Creditors Collection Service | Unsecured | 281.96 | 0.00 |
| 10. | Capital One | Unsecured | 320.43 | 0.00 |
| 11. | Montgomery Water Works | Unsecured | 25.83 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 473.81 | 0.00 |
| 13. | Annita John MD | Unsecured | 37.80 | 0.00 |
| 14. | Complete Credit Solutions Inc | Unsecured | 62.75 | 0.00 |
| 15. | Internal Revenue Service | Priority | | No Claim Filed |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | Alabama Dept Of Human Resources | Priority | | No Claim Filed |
| 18. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 19. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 20. | Calvary Portfolio Services | Unsecured | | No Claim Filed |
| 21. | Armor Systems Co | Unsecured | | No Claim Filed |
| 22. | CBCS | Unsecured | | No Claim Filed |
| 23. | Creditors Collection Service | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kelly, Douglas  
Kelly, Keena R  
Printed: 10/30/07

Case Number: 07 B 11686  
Judge: Squires, John H  
Filed: 6/29/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 27. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 28. | Credit Management Service | Unsecured | | No Claim Filed |
| 29. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 30. | NW Collector | Unsecured | | No Claim Filed |
| 31. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | Nicor Gas | Unsecured | | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 35. | Professional Placement Services | Unsecured | | No Claim Filed |
| 36. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 37. | Certified Credit Corporation | Unsecured | | No Claim Filed |
| 38. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 39. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 40. | Washml/Prov | Unsecured | | No Claim Filed |
| 41. | Comala | Unsecured | | No Claim Filed |
| 42. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 43. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 80,648.33 | $ 0.00 |

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees  
_____  
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley*